```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FAYETTEVILLE DIVISION
```

**YUL B. YOUNG, I.**                                              **PLAINTIFF**

v.                          Civil No. 10-5036

**KEN INGALLS, Officer,**
**West Fork Police Department**                                   **DEFENDANT**

## O R D E R

Now on this 28th day of October, 2010, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (Doc. 16), in this matter, to which no objections have been made. The Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, Plaintiff's complaint is hereby **DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED.**

                                    /s/Jimm Larry Hendren
                                    HON. JIMM LARRY HENDREN
                                    UNITED STATES DISTRICT JUDGE